UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>SUBPOENA NO: 444921 | Miscellaneous 06-00167<br>(HHK) |

ORDER REFERRING MOTION TO
UNITED STATES MAGISTRATE JUDGE

It is this 20th day of April, 2006, hereby

**ORDERED** that movant Kirk Callan Smith's Motion to Quash Subpoena" (Dkt. #1) is hereby referred to United States Magistrate John M. Facciola for his determination pursuant to LCvR 72.2.

Henry H. Kennedy, Jr.
United States District Judge