UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

SUBPOENA NO: 444921

Miscellaneous 06-167 (HHK-JMF)

**ORDER**

No opposition having been filed, it is ORDERED that the Motion to Quash Subpoena is **GRANTED**.

Dated: September 14, 2006

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE