## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**SUBPOENA NO: 444921** | **Miscellaneous 06-167 (HHK-JMF)** |

## ORDER

No opposition having been filed, it is ORDERED that the Motion to Quash Subpoena is **GRANTED**.

Dated: September 14, 2006

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE